ATWOOD, administratrix, *et al. v.* EDENFIELD administrator.

GILBERT, J.  Where, upon the trial of a claim case the validity of the
conveyance under which the claimant asserts his right depends upon
whether it was fraudulent, and the evidence, with all reasonable deduc-
tions or inferences therefrom does not demand a particular verdict, it
is error for the court to direct the jury to find a verdict. Civil Code
(1910), § 5926; compare *Stephens* v. *Southern Cotton Oil Co.,* 147 *Ga.*
410 (94 S. E. 245).

*Judgment reversed. All the Justices concur.*
No. 1718.   MAY 13, 1920.

Claim.   Before Judge Lovett.   Bulloch superior court.   Octo-
ber 28, 1919.

*H. M. Jones* and *Johnston & Cone,* for plaintiffs in error.
*Strange & Metts,* contra.